ArAO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

SHAUNESSY COBB,

*Defendants.*

Case No. 22-MJ-XXX 4001

### CRIMINAL COMPLAINT

I, **VINCENT RE**, the complainant in this case, state that the following is true to the best of my knowledge and belief.

The defendant, on or about October 13, 2021, in the Town of Henrietta, County of Monroe, Western District of New York, knowingly and unlawfully possessed firearms by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), and possessed stolen firearms knowing or having reasonable cause to believe that the firearms are stolen, in violation of Title 18, United States Code, Section 922(j).

This Criminal Complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF VINCENT RE, TFO, DEA

☒ Continued on the attached sheet.

*Complainant's signature*

VINCENT RE, TFO, DEA
*Printed name and title*

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me telephonically pursuant to Fed. R. Crim. P. 4.1 and 4 (d) on January 5, 2022.

*Judge's signature*

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Rochester, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SHAUNESSY COBB,

               Defendant.

22MJ ~~21M~~ 4001

AFFIDAVIT

---

STATE OF NEW YORK   )
COUNTY OF MONROE   ) SS:
CITY OF ROCHESTER   )

I, VINCENT RE, affirm to the following facts:

1.    I am a Task Force Officer with the Drug Enforcement Administration (DEA), and as such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21, United States Code, Section 801, et seq. and Title 18, United States Code, Section 2516(1). I have been a Deputy Sheriff since 2003. Since becoming a Deputy Sheriff, I have worked with federal, state and local law enforcement officers on numerous investigations involving narcotics trafficking, and firearms offenses, and have assisted in a number of successful investigations of drug distribution networks. I have been assigned to the DEA Task Force in Rochester, New York as a Task Force Officer since 2018. I have been involved in the execution of search and seizure warrants on drug trafficking locations, made arrests for violations of state and federal drug and firearms laws, and authored supporting affidavits.

1

Furthermore, I have participated in the investigation of numerous drug trafficking conspiracies and cases involving the use of court-authorized interceptions of wire and electronic communications and authored supporting affidavits in support of said court-authorized interceptions. I am currently assigned to the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) as part of "Operation VIPER", and am assigned to the Rochester, New York Field Office.

2. This affidavit is submitted in support of a criminal complaint charging Shaunessy COBB (hereinafter "COBB") with violations of Title 18, United States Code Section 922(g)(1) (possession of firearms by a convicted felon), and Title 18 United States Code Section 922(j) (possession of stolen firearms). The assertions made herein are based solely upon the personal knowledge of your affiant and information I have received from this investigation, including discussions with other law enforcement officers involved with this investigation into COBB.

3. On October 21, 2021, Deputy Jeremy Remchuk of the Monroe County Sheriff's Office, responded to the FedEx facility located at 225 Thruway Park in the Town of Henrietta, County of Monroe, State of New York. Deputy Remchuk met with FedEx security officer Joseph Antinora. Antinora reported he was notified by AmChar Wholesale, Inc., located at 100 Air Park Drive Rochester, New York, that two (2) firearms, which were shipped via FedEx, were not delivered to AmChar Wholesale, Inc. The two rifles were "Springfield Saint Victor .308 caliber AR-10 rifles" and were shipped in two separate parcels via FedEx from Springfield, Inc., 420 W. Main Street, Geneseo, IL 61254. One of the parcels was identified by FedEx tracking number **284745129303**. The other parcel was identified by FedEx tracking number **284727641938**.

Deputy Remchuk completed his MCSO Field Case Report under MCSO CR # 21-173130 and also created teletype numbers 02928 and 02929 for the missing firearms to be reported as stolen firearms.

4. Your affiant contacted FedEx security officer Antinora regarding the firearms. Antinora provided the following timeline as to the tracking history of the two FedEx parcels, containing the two missing Springfield Saint Victor .308 caliber AR-10 Rifles.

5. Your affiant learned through this timeline that FedEx parcel identified with FedEx tracking #284745129303, which contained one Springfield Saint Victor .308 caliber AR-10 Rifle bearing serial number ST4636236, was originally shipped from Springfield, Inc., 420 W. Main St., Geneseo, IL 61254. The timeline revealed:

- On October 11, 2021, at 2:28 p.m., this parcel was picked up from Springfield, Inc. scanned into the FedEx tracking database and loaded on a FedEx truck.
- On October 11, 2021, at 5:05 p.m., this parcel was scanned in the belt system at the FedEx facility in Rock Island, IL.
- On October 12, 2021, at 4:07 a.m., this parcel was scanned into the belt system in the Chicago FedEx Facility, located at 6833 West 75th Street, Chicago, IL.
- On October 12, 2021, at 11:39 p.m., this parcel is scanned into belt system at the FedEx Facility in Buffalo, NY.
- On October 13, 2021, at 6:08 a.m., this parcel was inbound scanned at the FedEx Facility at 225 Thruway Park, Rochester, NY[1].

---

[1] It should be noted this scan, according to Antinora, is the "belt scan" during which the parcel is transported on the conveyer belt to the FedEx truck onto which the parcel handler loads the parcel.

3

- On October 13, 2021, at 6:15 a.m., Parcel handler Shaunessy COBB, the defendant, scanned the parcel as it was sent down the conveyer belt.
- On October 13, 2021, at 6:18 p.m., a FedEx driver indicated using FedEx procedures that this parcel was recorded as being on the delivery truck but could not be found by the delivery driver who was responsible for delivering it.
- On October 13, 2021, at 11:59 p.m., FedEx recorded this parcel was missing.

6. Your affiant learned through this timeline that FedEx parcel identified with FedEx tracking FedEx tracking # **284727641938**, which contained one Springfield Saint Victor .308 caliber AR-10 Rifle bearing serial number ST463613, was originally shipped from Springfield, Inc., 420 W. Main St., Geneseo, IL 61254. The timeline revealed:

- On October 11, 2021, at 2:28 p.m., this parcel was picked up from Springfield, Inc., and scanned into the FedEx tracking database and loaded on a FedEx truck.
- On October 11, 2021, at 4:51 p.m., this parcel was scanned in the belt system at the FedEx facility in Rock Island, IL.
- On October 12, 2021, at 4:40 a.m., this parcel was scanned into the belt system in the Chicago FedEx Facility, located at 6833 West 75th Street, Chicago, IL.
- On October 12, 2021, at 11:32 p.m., this parcel was scanned into belt system at the FedEx Facility in Buffalo, NY.
- On October 13, 2021, at 5:11 a.m., this parcel was inbound scanned at the FedEx Facility at 225 Thruway Park, Rochester, NY.

- On October 13, 2021, at 5:19 a.m., Parcel handler whose initials are M.P., scanned the parcel as it is sent down the conveyer belt.
- On October 13, 2021, at 6:18 p.m., a FedEx driver indicated using FedEx procedures that this parcel was recorded as being on the delivery truck but could not be found by the delivery driver who was responsible for delivering it.
- On October 13, 2021, at 11:59 p.m., FedEx recorded this parcel was missing.

7. FedEx security Officer Antinora provided your affiant with video security footage showing the loading dock area of the Rochester FedEx facility on October 13, 2021, during the times indicated above. Your affiant understood this imagery came from a security camera system which shows the area of the conveyer belts and the interior of the rear of the FedEx trucks parked near three overhead doors which are identified with numbers 1, 2 and 3. While viewing said imagery with security Officer Antinora, your affiant observed a black male with long dark hair wearing a white, short sleeved shirt and red shorts at the end of the conveyer belt at the rear of the FedEx trucks. Security Officer Antinora identified this individual as Shaunessy COBB. COBB was employed by FedEx as a parcel handler. COBB's duties include retrieving parcels that come down the conveyer belt, scanning the parcels and loading them on a specific FedEx truck for delivery. Your affiant then observed a white male in the same area as COBB. Security Officer Antinora identified this individual as a person whose initials are M.P. M.P. was also employed by FedEx as a parcel handler. M.P.'s duties include retrieving parcels that come down the conveyer belt, scanning the parcels and loading them on a specific FedEx truck for delivery. Your affiant viewed multiple videos which depicted images from multiple cameras showing the areas near overhead doors numbered 1, 2 and 3. During these videos, the only people your

affiant observed handling parcels were COBB and M.P. The following are observations made by your affiant and accompanying video times while viewing security camera imagery from October 13, 2021, from the multiple cameras:

- At 5:19 a.m., your affiant observed M.P. scan the parcel which FedEx records identified as bearing tracking # **284727641938** as it is sent down the conveyer belt. Your affiant could see M.P. then placed this parcel in the rear of the truck backed into overhead door #2.
- At 6:15 a.m., your affiant observed COBB scan the parcel which FedEx records identified as bearing tracking # **284745129303** as it is sent down the conveyer belt. Your affiant could see COBB then walk into truck, which was backed into the nearby overhead door #2 and place this parcel under the parcel with tracking # **284727641938**, which was originally placed there by M.P. Through the imagery, your affiant could see the parcels which FedEx records identified as bearing tracking # **284727641938** and tracking # **284745129303** stacked on top of each other on the floor in the rear of the truck backed into overhead door #2.
- At 6:20 a.m., your affiant observed COBB pick up one of these two parcels from the location in rear of truck which was backed into overhead door #2 and walk with the parcel to the rear of a different truck backed into overhead door #3. Your affiant could see depicted on the video imagery COBB open the parcel and pull out a black bag which your affiant believes, based on the contents of the FedEx packaging and the investigation, contained one of the Springfield Saint Victor .308 caliber AR-10 rifles. Your affiant could see on the video imagery that immediately thereafter, COBB left the packaging

material leaning up against other packaging on the truck and placed the bag which your affiant believes contained the rifle on the floor of the storage area of the truck and then kicked it to the end of the truck. Your affiant could also see on the video imagery COBB kicked the bag which your affiant believes contained the rifle in-between the loading dock and the truck. It should be noted after viewing the video imagery with security Officer Antinora, your affiant was informed this area leads directly to the ground outside of the facility.

- At 6:26 a.m., your affiant observed COBB pick up the second of the above two parcels from the location in the rear of the truck which was backed into overhead door #2 and walked with the parcel to the rear of truck which was backed into overhead door #3. Your affiant could see depicted on the video imagery COBB open this parcel and pull out a black bag which your affiant believes, based on the contents of the FedEx packaging and the investigation, contained one of the Springfield Saint Victor .308 caliber AR-10 rifles. Your affiant could see on the video imagery that immediately thereafter, COBB left the packaging material leaning up against other packaging on the truck and placed the bag which your affiant believes contained the rifle on the floor of the storage area of the truck and kicked it to the end of the truck. Your affiant could also see on the video imagery COBB kicked the bag which your affiant believes contained the rifle in-between the loading dock and the truck. It should be noted after viewing the video imagery with security Officer Antinora, your affiant was informed this area leads directly to the ground outside of the facility.

- At 6:28 a.m., your affiant observed COBB walk back into the truck which was backed into overhead door #3 and approach the same area in which he opened both of the above-

described parcels and can be seen tearing the packaging from one of the parcels into small pieces and then walk back out of the truck with nothing in his hands. It should be noted that your affiant could not see what COBB did with the packaging after tearing the packaging into smaller pieces.

- At 6:31 a.m., your affiant observed COBB walk back into the truck which was backed into overhead door #3 and approach the same area in which he opened both of the above-described parcels and can be seen tearing the packaging from one of the parcels into small pieces and then walk back out of the truck with nothing in his hands. It should be noted that your affiant could not see what COBB did with the packaging after tearing the packaging into smaller pieces.

- At 6:36 a.m., your affiant observed COBB leave the loading dock station and exit the facility and walk directly to the security door leading to the visitor parking lot.

- At 6:38 a.m., your affiant observed COBB open the security door, hold the door open while an unknown person, who was dressed in black and wearing a black facemask, entered the FedEx facility. Your affiant could see COBB then left the viewing area of the security camera. Through continued viewing of the video imagery, your affiant could see the same unknown person walk directly to the area in between the trucks which were backed into overhead door #'s 2 and 3. Approximately 10 seconds later in the video imagery, your affiant observed same unknown person run from the area in between the trucks directly to the same security door, which COBB had opened earlier, while carrying what appeared to be the two bags containing what your affiant believes to be the rifles.

### Manufacturer's description of firearms

8.  In furtherance of the investigation, your affiant contacted Carol Tracey, who is employed by Springfield Armory as a production assistant. Tracey provided your affiant with the following information and descriptions of both Springfield Saint Victor .308 caliber AR-10 Rifle's. For the purpose of this affidavit, your affiant is numbering each firearm as (1) and (2) respectively.

- Firearm (1) is described as a Springfield Saint Victor .308 caliber AR-10 Rifle serial number ST463613. This firearm was manufactured at Springfield Armory and was test-fired by the manufacturer on September 22, 2021, showing the rifle is a functioning firearm.
- Firearm (2) described as a Springfield Saint Victor .308 caliber AR-10 Rifle serial number ST463626. This firearm was manufactured at Springfield Armory and was test fired by the manufacturer on September 22, 2021, showing rifle is a functioning firearm.

9.  Your affiant is aware after reviewing a criminal history for COBB, that he has one violent felony conviction. As to the violent felony conviction, your affiant has learned that COBB was convicted on or about May 27, 2014, in Monroe County Court, Monroe County, New York, upon a plea of guilty to Assault 2nd Intent to Cause Physical injury with a weapon, a class D felony for which he was incarcerated for four (4) years. He also received 36 months post-release supervision with New York State Parole.

10. Your affiant is aware because of this investigation that COBB did not have permission to take either of the rifles described in this affidavit.

11. Based on the above information, I submit there is probable cause to believe that on or about October 13, 2021, in the Town of Henrietta, County of Monroe, Western District of New York, Shaunessy COBB, violated Title 18, U.S.C. Section 922(g) (1) (possession of firearms by a convicted felon) and Title 18 United States Code Section 922(j) (possession of stolen firearms).

_____
VINCENT RE
Task Force Officer
Drug Enforcement Administration

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me telephonically pursuant to Fed. R. Crim. P. 4.1 and 4 (d) on January  5 , 2022.

_____
HONORABLE MARIAN W. PAYSON
United States Magistrate Judge

10